IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DEAN PEARSON, | No. CIV S-07-2071-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D. SISTO, | |
| Respondent. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are petitioner's applications for leave to proceed in forma pauperis (Docs. 2 and 5).  Petitioner has not, however, submitted a ". . . certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases.  This requirement may be satisfied by having the appropriate prison official complete the certificate portion of the form application or by submitting a certified copy of petitioner's prison trust account statement.

/ / /

On October 4, 2007, and October 18, 2007, the court issued orders providing petitioner the opportunity to submit the required certification or the appropriate filing fee. Petitioner was warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110. On October 29, 2007, petitioner submitted a letter to the court indicating that he submitted the required certification to prison officials on October 10, 2007, for mailing to the court. The docket, however, reflects that the only documentation received from petitioner since the October 18, 2007, order relates to petitioner's consent to magistrate judge jurisdiction. No certification has been received. Petitioner will be provided another opportunity to submit the required certification or the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit within 30 days of the date of this order, a certification as required by Rule 3(a)(2), or the appropriate filing fee; and

2. The Clerk of the Court is directed to forward to petitioner the court's form application to proceed in forma pauperis by a prisoner.

DATED: December 27, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE