1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PATRICK DEAN PEARSON,              No. CIV S-07-2071-MCE-CMK-P

12              Petitioner,

13        vs.                          ORDER

14   D. SISTO,

15              Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to Eastern District of California local rules.

20        On February 15, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on the parties and which contained notice that the parties may file objections

22   within a specified time.  No objections to the findings and recommendations have been filed.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   / / /

26   / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed February 15, 2008, are adopted in full;

3    2.    This action is dismissed for lack of prosecution and failure to comply with court

4 rules and orders; and

5    3.    The Clerk of the Court is directed to enter judgment and close this file.

6  Dated:  March 26, 2008

7

8    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26